UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CERVANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>A. JENKINS, et al.,<br><br>    Defendants. | No. 2:17-cv-2203 CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The undersigned screened the complaint and dismissed the Doe defendants and plaintiff was given the option of proceeding on his claims against defendant Jenkins or amending the complaint. (ECF No. 4 at 7.) Plaintiff chose to amend the complaint (ECF No. 8) and was given thirty days to do so (ECF No. 9). Thirty days have now passed, and plaintiff has failed to file an amended complaint. Plaintiff will be given one more opportunity to file an amended complaint, and if he fails to do so the case will proceed on the original complaint as screened and the Doe defendants will remain dismissed without prejudice. Plaintiff should notify the court if he has changed his mind and wants to proceed on the original complaint as screened without amending the complaint.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have twenty-one days from the service of this order to file an amended complaint as outlined in the November 8, 2018 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and the Doe defendants will remain dismissed without prejudice.

2. If plaintiff no longer wants to amend his complaint, he should notify the court that he wants to proceed on the original complaint. If plaintiff decides to proceed on the original complaint as screened, the Doe defendants will remain dismissed without prejudice.

3. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

Dated: March 6, 2019

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:cerv2203.amend.2d