# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CERVANTES,<br>      Plaintiff,<br>v.<br>A. JENKINS,<br>      Defendant.<br>_____/ | No. 2:17-cv-2203 MCE CKD P<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

      Carlos Avitia Cervantes, CDCR # J-90612, a necessary and material participant in a settlement conference in this case on September 19, 2019, is confined in Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Deborah L. Barnes to appear **by video conference** from his present place of confinement to the U.S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Thursday, September 19, 2019 at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference **by video conference** at the time and place above, until completion of the settlement conference or as ordered by the court.

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Valley State Prison at (559) 665-8919.

      4. Counsel for defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Pete Buzo, Courtroom Deputy, at (916) 930-4128.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Valley State Prison, P.O. Box 99, Chowchilla, California 93610:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barnes at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: July 16, 2019

                                                                                        */s/ Carolyn K. Delaney*
                                                                                        CAROLYN K. DELANEY
                                                                                        UNITED STATES MAGISTRATE JUDGE

13:cerv2203.841.vc